FOURTH DEPARTMENT, SEPTEMBER, 1967

(September 14, 1967)

JOSEPH F. FOOS, an Infant, by JOSEPH W. FOOS, His Guardian ad Litem, Respondent, v. DONNA HAWES et al., Appellants. JOSEPH W. FOOS, Respondent, v. DONALD HAWES et al., Appellants

Memorandum: The papers submitted upon the motion were wholly inadequate and insufficient to establish the right to the relief requested. Furthermore, the highly irregular manner in which this case was handled is completely unexplained. (Appeal from order of Monroe Special Term granting motion to increase *ad damnum* clause and transfer cases to Monroe Supreme Court from County Court.) Present — Williams, P. J., Henry, Del Vecchio and Marsh, JJ.